```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/7/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES MURPHY,

                Plaintiff,

-against-

ALMINE RECH INVEST LLC,

                Defendant.

21-cv-10764 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      The parties failed timely to file a joint status letter and Proposed Case Management Plan, as required by the Court's Order dated January 10, 2022 [ECF No. 9] and Individual Rules of Practice in Civil Cases, one week in advance of the Initial Pretrial Conference that was scheduled to take place on February 11, 2022.

      Accordingly, IT IS HEREBY ORDERED that the Initial Conference is ADJOURNED to February 28, 2022 at 10:00 AM. To join the conference, dial 888-278-0296 and enter Access Code 5195844.

      IT IS FURTHER ORDERED that, by February 9, 2022, the parties shall file their joint letter and Proposed CMP on ECF. They shall also file letters explaining why they should not be sanctioned to failing to comply with the Court's Order and Individual Rules.

      Counsel and the parties are on notice that failure to comply with court orders may result in sanctions, including monetary sanctions, dismissal of claims or defenses, and dismissal of this action for failure to prosecute.

**SO ORDERED.**

**Date: February 7, 2022**
**New York, NY**

                                                            */s/ Mary Kay Vyskocil*
                                                            **MARY KAY VYSKOCIL**
                                                             **United States District Judge**